IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

    Plaintiff,               No. CIV S-05-1625 LKK KJM P

    vs.

SERGEANT ROBERTS,

    Defendant.          ORDER

_____/

    Plaintiff has filed a request to withdraw his May 26, 2006 "Motion For Discovery." Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's request to withdraw his May 26, 2006 "Motion For Discovery" is granted; and

    2. Plaintiff's May 26, 2006 "Motion For Discovery" is hereby withdrawn.

DATED: July 19, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

1
simm1625.wd