IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

    Plaintiff,                  No. CIV S-05-1625 LKK KJM P

    vs.

SERGEANT ROBERTS,

    Defendant.               <u>ORDER</u>

_____/

        Plaintiff has filed a document entitled "informal request for discovery. . ." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court as provided by the Federal Rules of Civil Procedure and the Local Rules. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 14, 2006 request for discovery will be placed in the court file and disregarded. Plaintiff is cautioned that further filing

/////

/////

/////

1 of discovery requests or responses, except as required by rule of court, may result in an order of
2 sanctions, including, but not limited to, a recommendation that this action be dismissed.
3 DATED: August 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
simm1625.411