IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

    Plaintiff,               No. CIV S-05-1625 LKK KJM P

    vs.

SERGEANT ROBERTS,

    Defendant.           ORDER

_____/

        Plaintiff has filed a document entitled "first response to interrogatories." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court based on the Federal Rules of Civil Procedure, the Local Rules and the court's discovery orders. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 9, 2006 first response to interrogatories will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may

/////

1 | result in an order of sanctions, including, but not limited to, a recommendation that this action be
2 | dismissed.
3 | DATED: September 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
simm1625.411(2)

2