IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

    Plaintiff,                    No. CIV S 05-1625 LKK KJM P

    vs.

SERGEANT ROBERTS, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On August 10, 2006, defendant[1] filed a motion to compel plaintiff's response to defendant's interrogatories and request for production of documents. Defendant withdrew the motion as it pertains to answers to interrogatories on August 16, 2006.

        In his opposition to defendant's motion, plaintiff acknowledges having received defendant's request to produce and states, generally, that he is not in possession of any of the requested documents. Opp'n at 6:5-6. As provided by Federal Rule of Civil Procedure 34(b), plaintiff is required to "serve a written response" to defendant's discovery request and to "state, with respect to each item or category, that inspection and related activities will be permitted as

---

[1] Defendant Roberts is the only defendant remaining in this action. See December 29, 2005 Order.

1

requested, unless the request is objected to, in which event the reasons for the objection shall be stated." Plaintiff's response in his opposition does not comply with Federal Rule of Civil Procedure 34(b). Accordingly, plaintiff will be ordered to properly respond to defendant's request for production.

Plaintiff attempts to bring his own motion to compel discovery by including a vaguely worded request in the declaration accompanying his opposition to defendant's motion to compel. Opp'n, Ex. A at 9. The court directs plaintiff to Federal Rule of Civil Procedure 37(a), which outlines the correct procedure for bringing a motion to compel discovery. However, even if plaintiff's motion to compel discovery had not been procedurally deficient, the court would still deny his motion, as the April 13, 2006 scheduling order requires that all motions to compel discovery be filed by August 11, 2006. Plaintiff's opposition to defendant's motion to compel was filed on September 7, 2006, without any request or basis for extending the time for filing such a motion.

In his motion to compel, defendant requests an order "that plaintiff be precluded from introducing any documents or testimony . . . not disclosed as requested during discovery." Mot. at 4:18-19. Defendant's request will be denied without prejudice to renewal during trial if plaintiff does attempt to present evidence not disclosed in discovery.

Finally, in his motion, defendant asks the court to extend the dates for filing pretrial motions and allow defendant the opportunity to file another motion to compel if defendant is not satisfied with plaintiff's response to defendant's request to produce. Defendant's request will be granted.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Defendant's August 10, 2006 motion to compel is granted.

2. Within thirty days of this order, plaintiff shall respond to defendant's request for production of documents.

/////

3. Defendant's request for an order indicating that plaintiff is precluded from introducing any documents or testimony not disclosed as requested during discovery is denied without prejudice to renewal during trial if plaintiff does attempt to present evidence not disclosed in discovery.

4. Plaintiff's motion to compel, included in his opposition to defendant's motion to compel, is denied.

5. Defendant's request for modification of the scheduling order is granted as follows:

    a. Defendant may file a second motion to compel responses to defendant's request for production of documents within fifteen days of receipt of plaintiff's response to defendant's request for production. If defendants do not receive any response from plaintiff within thirty days, defendant may file a second motion to compel within fifteen days thereafter.

    b. All other pretrial motions shall be filed on or before December 20, 2006.

DATED: October 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1 simm1625.mtc