IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

      Plaintiff,                    No. CIV S-05-1625 LKK KJM P

      vs.

ROBERTS,

      Defendant.              <u>ORDER</u>

/

      Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On October 13, 2006, plaintiff filed a motion to compel discovery. In this court's April 13, 2006 scheduling order, the court informed the parties that all motions to compel must be filed before the August 11, 2006 discovery cut off date. Plaintiff's motion to compel is not timely and plaintiff has failed to provide any reason justifying the late filing of the motion.

/////

/////

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's October 13, 2006
2 motion to compel is denied.
3 DATED: October 30, 2006.

4                                     U.S. MAGISTRATE JUDGE

6 simm1625.mtc(1)