IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PIERRE EVANS SIMMONS,** | 2:05-CV-1625 LKK KJM P |
| Plaintiff, | **ORDER** |
| **v.** | |
| **SERGEANT ROBERTS,** | |
| Defendant. | |

Plaintiff, a state prisoner, is prosecuting this civil rights action without counsel. Pursuant to the schedule made April 12, 2006, Plaintiff's pretrial statement is due January 5, 2007, Defendant's pretrial statement is due January 19, 2007, Pretrial Conference is set for January 26, 2007, and trial is set for April 17, 2007. Since Defendant's motion for summary judgment is pending, the above dates are vacated. Upon resolution of Defendant's motion, an amended scheduling order will be issued as necessary.

Dated: November 29, 2006.

_____
U.S. MAGISTRATE JUDGE

1