IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PIERRE EVANS SIMMONS,** | 2:05-cv-01625-LKK-KJM PC |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE PRETRIAL STATEMENT** |
| v. | |
| **M. ROBERTS,** | |
| Defendant. | |

Good cause appearing, as requested in docket no. 50, Defendant Roberts is granted a 31 day extension of time to file his pretrial statement. Defendant's pretrial statement shall be filed on or before February 25, 2008.

IT IS SO ORDERED.

DATED: January 31, 2008.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order Granting Defendant's Request for an Extension of Time to File Pretrial Statement

1