IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

    Plaintiff,                     No. CIV S-05-1625 LKK KJM P

    vs.

M. ROBERTS,

    Defendant.                  ORDER

_____/

        Plaintiff has filed a motion seeking permission to conduct discovery.  The time for discovery is closed and petitioner has not shown good cause to re-open discovery.  Therefore, his request (docket no. 56) is denied.

DATED: April 1, 2008.

                                       U.S. MAGISTRATE JUDGE

/mp
simm1625.dis