IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

      Plaintiff,                 No. CIV S-05-1625 KJM P

  vs.

M. ROBERTS,

      Defendant.            <u>ORDER</u>

_____/

      Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Therefore, the court intends to appoint counsel and set this matter for a status hearing. Sean Musgrove has been selected by random draw from the court's attorney panel. Both parties shall appear by counsel at the status hearing and be prepared to discuss how this matter should proceed.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Sean Musgrove shall notify the court within five days if he is unable to accept appointment in this matter.

/////

/////

2. This matter is set for a status hearing at 10:00 a.m. on April 29, 2009 before the undersigned in Courtroom #26. Both parties shall appear by counsel at the status conference and shall be prepared to discuss how this matter should proceed.

3. The Clerk of the Court is directed to serve a copy of this order upon Sean Musgrove, P. O. Box 123, Rescue, CA 94954.

4. All outstanding requests and motions are denied.

DATED: March 18, 2009.

_____
U.S. MAGISTRATE JUDGE

1
simm1625.31