IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

      Plaintiff,                    No. CIV S-05-1625 KJM P

    vs.

M. ROBERTS,

      Defendant.                  <u>ORDER</u>

_____/

        This matter came on for status conference on June 10, 2009. James Joseph Lynch, Jr., appeared on behalf of plaintiff; Deputy Attorney General Van Kamberian appeared on behalf of defendant. In light of the conversation occurring at the status conference, the record before the court and good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted until the close of business on June 10, 2009 to file an amended pretrial statement.

        2. Defendant is granted twenty days within which to file an amended pretrial statement.

        3. If the parties reach any stipulations, they shall be identified in defendant's amended pretrial statement.

/////

       4. The parties are notified that they may contact Sujean Younger, ADR and Pro Bono Programs Director, at 916-930-4278, if they would like more information regarding settlement options.

DATED: June 11, 2009.

_____
U.S. MAGISTRATE JUDGE

1
simm1625.oah