1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PIERRE EVANS SIMMONS,

11              Plaintiff,                    No. CIV S-05-1625 KJM P

12        vs.

13   M. ROBERTS,

14              Defendant.                    ORDER

15   _____/

16              Counsel for defendant has submitted the documents referenced in the parties'

17   August 31, 2009 "Joint Statement RE: Discovery Dispute And Stipulation For Court To Hear

18   The Dispute" for in camera review. Good cause appearing, IT IS HEREBY ORDERED that:

19              1. Counsel for defendant shall provide to plaintiff's counsel a copy of the two-

20   page investigative report concerning the grievance filed by plaintiff (P.C. 832.5 Staff/Citizen

21   Complaint Investigation) within ten days. Counsel for defendant is free to redact the names and

22   inmate numbers of the inmates identified in the bottom two paragraphs of page one and the top

23   paragraph of page two. If at some point plaintiff believes he has sufficient cause to seek the

24   names and inmate numbers of these inmates, counsel for plaintiff may file a motion for

25   disclosure with the court.

26   /////

1        2. As for the investigative report concerning the grievance submitted by another

2   inmate (HDSP Staff Complaint Inquiry Form), counsel for defendant shall provide plaintiff's

3   counsel with a copy of the two-page investigative report within ten days.  Counsel for defendant

4   is free to redact all names of inmates and their inmate numbers.  If at some point counsel for

5   plaintiff believe he has good cause for obtaining the name of the inmate who filed the grievance

6   at issue, he may file a motion for disclosure with the court.

7        3. The Clerk of the Court is directed to return to counsel for defendant the

8   documents submitted for in camera review.

9   DATED: October 8, 2009.

10
                                KIMBERLY J. MUELLER
11                              U.S. Magistrate Judge

12
    1
13  simm1625.dis