IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

        Plaintiff,                    No. CIV S-05-1625 KJM P

    vs.

ROBERTS,

        Defendant.              <u>ORDER</u>

/

        A trial confirmation hearing was held in this matter on November 18, 2009. James Lynch, Jr., appeared for plaintiff. Deputy Attorney General Van Kamberian appeared for defendant Roberts. In light of the discussion at the hearing, based on the court's file and good cause appearing, IT IS HEREBY ORDERED that:

        1. Trial is confirmed for March 8, 2010.

        2. Plaintiff is granted seven days within which to provide a copy of his exhibits to defendant.

        3. Plaintiff is granted seven days within which to: 1) inform the court as to the location of potential inmate witnesses Clemons, Vance, Alford, Montgomery and Nunez; 2) provide the court with the inmate numbers for Vance and Montgomery; and 3) to inform the court of the specific purpose of each of these witnesses testimony. Defendant may file

1 objections to the presentation of any of these witnesses at trial within seven days of plaintiff's
2 providing the court with the information described above, or the expiration of the seven day
3 period granted to plaintiff to provide the information.

4. Trial will be held before no more than 8 jurors.

5. Opening statements will last no more than 30 minutes. Plaintiff will be given 15 minutes for rebuttal.

DATED: November 19, 2009.

_____
U.S. MAGISTRATE JUDGE

1
simm1625.oah