IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

      Plaintiff,                       No. CIV S-05-1625 LKK KJM P

     vs.

ROBERTS,

      Defendant.              <u>ORDER</u>

                                      /

          At the trial confirmation hearing in this matter, counsel for plaintiff expressed a desire that the court reinstate claims from plaintiff's complaint arising from the destruction of plaintiff's "spiritual items."  The complaint does not state any valid causes of action arising from destruction of these items because plaintiff fails to point to facts or law indicating the destruction of the items resulted in a violation of his right to free exercise of his religion.  Furthermore, there is no federal cause of action arising from the mere destruction of personal property.  See <u>Hudson v. Palmer</u>, 468 U.S. 517, 533 (1984).  If plaintiff wishes to amend his complaint in an attempt to state a claim arising from any destruction of his "spiritual items" he must file a motion seeking leave to do so within twenty days.

DATED:  November 19, 2009.

                                                           U.S. MAGISTRATE JUDGE

1/simm1625.oah(2)