IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

        Plaintiff,                      No. CIV S-05-1625 LKK KJM P

    vs.

ROBERTS,

        Defendant.               <u>ORDER</u>

_____/

        On December 3, 2009, plaintiff filed a motion in which he asks that the court "reinstate" a claim from plaintiff's complaint regarding "property destruction." The December 3rd filing, which is truncated, attaches a copy of the original complaint.

        In its November 20, 2009 order, the court granted plaintiff twenty days within which to file a motion for leave to file an amended complaint. Plaintiff's counsel has not filed such a motion, and the motion he has filed does not provide any reason for the court to revisit its November 20th ruling.

/////

/////

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that plaintiff's December 3, 2009 "motion
2 to reinstate cause regarding property destruction . . ." (#90) is denied.
3 DATED: January 6, 2010.

_____
U.S. MAGISTRATE JUDGE

1
simm1625.mtr

2