IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

    Plaintiff,                        No. CIV S-05-1625 KJM P

    vs.

M. ROBERTS,

    Defendant.                <u>ORDER</u>

                                 /

          In response to the document filed by counsel for defendant on January 27, 2010, any continuing objection counsel might have to plaintiff calling Andrew Vance as a witness at trial will be heard and then ruled upon on the morning of trial.

DATED: January 27, 2010.

                                                                  U.S. MAGISTRATE JUDGE

1
simm1625.cla