IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

        Plaintiff,                    No. CIV S-05-1625 KJM

    vs.

ROBERTS,

        Defendant.              <u>ORDER TO SHOW CAUSE</u>

_____/

        This matter is currently scheduled for trial on March 8, 2010. The court has issued a writ of habeas corpus ad testificandum for inmate Andrew Vance. Mr. Vance has contacted the court and indicated he does not want to testify and that he has no information to provide that will be relevant to the issues to be tried. In light of the representations made by Mr. Vance, IT IS HEREBY ORDERED that counsel for plaintiff show cause no later than 5:00 p.m. on Thursday, February 18, 2010 why the writ of habeas corpus ad testificandum issued for

/////
/////
/////
/////
/////

1

inmate Andrew Vance should not be vacated. Failure to respond to the order by the deadline identified above will result in the writ being vacated.

DATED: February 11, 2010.

_____
U.S. MAGISTRATE JUDGE

---

1

simm1625.van