1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PIERRE EVANS SIMMONS,

11              Plaintiff,                    No. CIV S-05-1625 KJM

12        vs.

13   ROBERTS,

14              Defendant.              ORDER_____

15   _____/

16              On February 12, 2010, the court ordered plaintiff to show cause by 5:00 p.m. on

17   February 18, 2010 why the writ of habeas corpus ad testificandum issued for Andrew Vance

18   (Inmate No.  T-23457) on January 7, 2010 should not be vacated.  The court informed plaintiff

19   that failure to file a timely response to the order to show cause would result in the writ being

20   vacated.

21              Good cause appearing, and for the reasons stated in February 12, 2010 order to

22   show cause, THE COURT HEREBY ORDERS that:

23              1.  The writ of habeas corpus ad testificandum issued for Andrew Vance on

24   January 7, 2010 is vacated.

25              2.  The Clerk of the Court shall serve a copy of this order on Warden Mike

26   McDonald, High Desert State Prison, P.O. Box 750, Susanville, CA, 96127-0750; and

3. The Clerk of the Court shall also serve a copy of this order on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, CA, 95671.

DATED: February 19, 2010.

_____
U.S. MAGISTRATE JUDGE

1
simm1625.vcw

2