IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE EVANS SIMMONS,

    Plaintiff,                  No. CIV S-05-1625 KJM

    vs.

ROBERTS,

    Defendant.               ORDER

_____/

        On February 12, 2010, the court ordered plaintiff to show cause by 5:00 p.m. on February 18, 2010 why the writ of habeas corpus ad testificandum issued for Andrew Vance (Inmate No. T-23457) on January 7, 2010 should not be vacated. The court informed plaintiff that failure to file a timely response to the order to show cause would result in the writ being vacated.

        Good cause appearing, and for the reasons stated in February 12, 2010 order to show cause, THE COURT HEREBY ORDERS that:

        1. The writ of habeas corpus ad testificandum issued for Andrew Vance on January 7, 2010 is vacated.

        2. The Clerk of the Court shall serve a copy of this order on Warden Mike McDonald, High Desert State Prison, P.O. Box 750, Susanville, CA, 96127-0750; and

1

1       3. The Clerk of the Court shall also serve a copy of this order on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, CA, 95671.

DATED: February 19, 2010.

_____
U.S. MAGISTRATE JUDGE

1
simm1625.vcw