UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
March 10, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

## JUDGMENT IN A CIVIL CASE

PIERRE EVANS SIMMONS

                v.          CASE NUMBER: CIV S-05-1625 KJM P

ROBERTS


**XX** -- Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE
        WITH THE JURY VERDICT RENDERED MAR 9, 2010.


                                            VICTORIA C. MINOR,
                                            CLERK OF COURT

**ENTERED:   March 10, 2010**

                                            **by:__/s/_NDDuong_____**
                                            **NDDuong, Deputy Clerk**